■ GEORGE EAGAN GINTHER, Appellant, v ROBERT A. CRAWFORD, JR., ESQ., et al., Respondents. [899 NYS2d 723]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered September 4, 2008 in a legal malpractice action. The order and judgment, among other things, granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed with costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ In the Matter of SORRENTO LACTALIS, INC., Respondent, v NORMAN L. POLANSKI, JR., Mayor, City of Lackawanna, et al., Appellants. [899 NYS2d 685]—Appeal, by permission of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered June 15, 2009 in a proceeding pursuant to CPLR article 78. The order stayed respondents from taking action to enforce section 215.53 of the City of Lackawanna Municipal Code pending determination of the proceeding.

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on April 12, 2010,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.